UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY L. EARNEST,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION OF JASPER COUNTY COMMUNITY UNIT SCHOOL DISTRICT NO.1; ANDREW D. JOHNSON, Superintendent; Board of Education Members: JON FULTON, President; GORDON MILLSAP, Vice President; HOLLY FARLEY, Secretary; MANDY RIEMAN; MELISSA STANLEY; and ROB STREET,<br><br>Defendants. | Case No. 17-cv-1380-JPG-GCS |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Board of Education of Jasper County Community Unit School District No.1; Andrew D. Johnson, Superintendent; Board of Education Members: Jon Fulton, President; Gordon Millsap, Vice President; Holly Farley, Secretary; Mandy Rieman; Melissa Stanley; and Rob Street, and against plaintiff Jerry L. Earnest, and that this case is dismissed with prejudice.

**DATED:** March 4, 2019      **MARGARET M. ROBERTIE, Clerk of Court**

       **s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**